| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668 |
| | Attorney General of California |
| 2 | JAY M. GOLDMAN, State Bar No. 168141 |
| | Supervising Deputy Attorney General |
| 3 | MICHAEL J. QUINN, State Bar No. 209542 |
| | Deputy Attorney General |
| 4 | 455 Golden Gate Avenue, Suite 11000 |
| | San Francisco, CA  94102-7004 |
| 5 | Telephone:  (415) 510-3611 |
| | Fax:  (415) 703-5843 |
| 6 | E-mail:  Michael.Quinn@doj.ca.gov |
| | *Attorneys for Defendants CDCR, Allison,* |
| 7 | *Macomber, and Pfeiffer* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHEL MENDOZA GARCIA,** | Case No. 1:24−CV−01128−KES−BAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **CDCR, et al.,** | |
| Defendants. | |

1  Plaintiff Rachel Mendoza Garcia ("Plaintiff") and Defendants CDCR, Allison,
2  Macomber, and Pfeiffer ("Defendants") (collectively, "the Parties"), through their undersigned
3  counsel, state as follows:
4  WHEREAS, Plaintiff filed her complaint for damages on July 31, 2024;
5  WHEREAS, Defendants were served with Plaintiff's complaint on August 22, 2024;
6  WHEREAS, Defendants removed the case to this Court on September 20, 2024;
7  WHEREAS, Defendants' responsive pleading to Plaintiff's complaint is currently due on
8  September 27, 2024;
9  WHEREAS, counsel for Defendants conferred with counsel for Plaintiff, who agreed to
10 extend the time for filing a responsive pleading to Plaintiff's complaint;
11 THEREFORE, the Parties stipulate and request that the Court extend Defendants'
12 deadline for filing a responsive pleading to Plaintiff's complaint from September 27, 2024 to
13 October 28, 2024.

Dated: September 26, 2024                **WILSHIRE LAW FIRM, PLC**

By:      */s/* Mary Caruso
Mary Caruso
Christopher J. Mohamed
Attorneys for Plaintiff
Rachel Mendoza Garcia

Dated:  September 26, 2024                Respectfully submitted,

ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General


/s/ Michael Quinn
MICHAEL J. QUINN
Deputy Attorney General
*Attorneys for Defendants CDCR, Allison, Macomber, and Pfeiffer*

SA2024402250
44337477.docx

**ORDER**

The Court having considered the Stipulation of the Parties and finding good cause therefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Defendants' deadline for filing a responsive pleading to Plaintiff's complaint is extended from September 27, 2024 to October 28, 2024.

IT IS SO ORDERED.

Dated:   **September 26, 2024**          /s/ Barbara A. McAuliffe
                                                                    UNITED STATES MAGISTRATE JUDGE