1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  JAY M. GOLDMAN, State Bar No. 168141
   Supervising Deputy Attorney General
3  MICHAEL J. QUINN, State Bar No. 209542
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 510-3611
    Fax:  (415) 703-5843
6   E-mail:  Michael.Quinn@doj.ca.gov
   *Attorneys for Defendants CDCR, Macomber, and*
7  *Pfeiffer*

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 **RACHEL MENDOZA GARCIA,** | 1:24-cv-01128-KES-BAM

13                    Plaintiff, | **STIPULATION AND [PROPOSED]**
                                   **ORDER TO VACATE OCTOBER 9, 2025**
14        v.                       **STATUS CONFERENCE**

15 **CDCR, et al.,**            | Judge:        Hon. Barbara A. McAuliffe
                                   Trial Date:   None set
                                   Action Filed: September 20, 2024
16                   Defendants.

Pursuant to Local Civil Rule 143, Plaintiff Rachel Mendoza Garcia ("Plaintiff") and Defendants CDCR, Macomber, and Pfeiffer ("Defendants") (collectively, "the Parties"), through their undersigned counsel, state as follows:

WHEREAS, on May 27, 2025, this Court issued a Minute Order setting a Scheduling Conference for October 9, 2025. (ECF No. 14.);

WHEREAS, on September 2, 2025, this Court issued "Findings and Recommendations Regarding Defendants' Motion to Dismiss the Complaint for Failure to State a Claim Upon Which Relief May Be Granted." (ECF No. 15.) In it, the Court granted in part and denied in part Defendants' motion to dismiss, and provided Plaintiff with leave to amend numerous causes of action. (*Id.*) Counsel for Plaintiff plans to file an amended complaint;

THEREFORE, the Parties stipulate and request that the Court vacate the October 9, 2025 Scheduling Conference and schedule another conference after Counsel for Plaintiff has filed an amended complaint. The Parties agree that vacating the October 9, 2025 Scheduling Conference will not be prejudicial to either Party, and is not being sought for any improper purpose.

IT IS SO STIPULATED.

Dated:  September 23, 2025                              Respectfully submitted,

ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General

*/s/ Michael J. Quinn*
MICHAEL J. QUINN
Deputy Attorney General
*Attorneys for Defendants CDCR,
Macomber, and Pfeiffer*

Dated: September 24, 2025                               **WILSHIRE LAW FIRM, PLC**

By:     */s/ Christopher J. Mohamed*
           Christopher J. Mohamed

*Attorneys for Plaintiff
Rachel Mendoza Garcia*

1

**ORDER**

The Court having considered the Stipulation of the Parties and finding good cause therefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

The October 9, 2025 Scheduling Conference is vacated. The Court will reset the scheduling conference once the pleadings in this action are finalized.

IT IS SO ORDERED.

Dated:   **September 24, 2025**          /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE