| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668 |
| | Attorney General of California |
| 2 | JAY M. GOLDMAN, State Bar No. 168141 |
| | Supervising Deputy Attorney General |
| 3 | MICHAEL J. QUINN, State Bar No. 209542 |
| | Deputy Attorney General |
| 4 | 455 Golden Gate Avenue, Suite 11000 |
| | San Francisco, CA  94102-7004 |
| 5 | Telephone:  (415) 510-3611 |
| | Fax:  (415) 703-5843 |
| 6 | E-mail:  Michael.Quinn@doj.ca.gov |
| | *Attorneys for Defendants CDCR, Macomber, and* |
| 7 | *Pfeiffer* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RACHEL MENDOZA GARCIA,**

Plaintiff,

v.

**CDCR, et al.,**

Defendants.

Case No. 1:24−CV−01128−KES−BAM

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Rachel Mendoza Garcia ("Plaintiff") and Defendants CDCR, Macomber, and Pfeiffer ("Defendants") (collectively, "the Parties"), through their undersigned counsel, state as follows:

WHEREAS, Plaintiff filed her first amended complaint for damages on November 17, 2025;

WHEREAS, Defendants' responsive pleading to Plaintiff's complaint is currently due on December 1, 2025;

WHEREAS, counsel for Defendants conferred with counsel for Plaintiff, who agreed to extend the time for filing a responsive pleading to Plaintiff's complaint, and to extend the time for filing an opposition to Defendants' responsive pleading;

THEREFORE, the Parties stipulate and request that the Court (1) extend Defendants' deadline for filing a responsive pleading to Plaintiff's amended complaint from December 1, 2025 to December 22, 2025, and (2) extend Plaintiff's deadline for filing an opposition to Defendants' responsive pleading to January 20, 2026.

Dated: November 25, 2025	**WILSHIRE LAW FIRM, PLC**

By:	*/s/* Mary Caruso
Mary Caruso
Christopher J. Mohamed
Attorneys for Plaintiff
Rachel Mendoza Garcia

Dated:  November 24, 2025	Respectfully submitted,

ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General


*/s/ Michael Quinn*
MICHAEL J. QUINN
Deputy Attorney General
*Attorneys for Defendants CDCR, Macomber, and Pfeiffer*

SA2024402250
44879334.docx

1

**ORDER**

The Court having considered the Stipulation of the Parties, and cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Defendants' deadline for filing a responsive pleading to Plaintiff's complaint is extended from December 1, 2025 to December 22, 2025, and Plaintiff's deadline for filing an opposition to Defendants' responsive pleading is extended to January 20, 2026.

IT IS SO ORDERED.

Dated:  **November 25, 2025**         /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE